# THE C.H. SCHOLAR LAW FIRM, P.L.L.C.
## 225 BROADWAY-SUITE 715
## NEW YORK, NEW YORK 10007
## 212 323 6922 TELEPHONE
## 212 323 6923 FAX

May 2, 2018

**BY ECF and E-MAIL**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
New York, New York 10007

                              RE:    United States v. Tyrin Gayle
                                             16 Cr. 361 (CS)

Dear Judge Seibel:

      I represent the defendant Tyrin Gayle with respect to the above referenced matter. Mr. Gayle was convicted after a jury trial and sentencing has been scheduled for May 30, 2018. I am writing to respectfully request an adjournment of sentencing until a date in late August of 2018. I would also respectfully request that the filing deadlines for sentencing submissions be modified accordingly. This is the first request for an adjournment of Mr. Gayle's sentencing. A mitigation expert has been appointed in the instant case and the additional time is necessary for the expert to complete the report that the defense intends to submit for sentencing. An extension of time would also allow the defense to obtain records and additional material that the defense would respectfully submit to the Court as mitigation on behalf of Mr. Gayle. The Government does not object to this request for an adjournment. A proposed Order regarding this request has also been submitted to the Court.

                                                  Very truly yours,

                                                  /s/

                                                  Calvin H. Scholar