MEMO ENDORSED

RECEIVED
JAN 07 2021
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

1/3/21

Case Name: Gayle v. United States of America
Docket No.: 20cv10086
District Judge: Cathy Seibel
Magistrate Judge: Andrew E. Krause

Application Granted / ~~Denied~~
So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.
Dated: 1/7/21

Petitioner may have until 2/15/21 to amend. The Government's opposition will be due 4/15/21. Petitioner may reply by 5/17/21.

Dear Honorable Judge Cathy Seibel,

I Tyrin Gayle, respectfully submits this letter asking for your authorization to supplement my 2255 Motion. The Government has until February 2, 2021 to file an answer or other pleading in response to my 2255 Motion. Due to Covid-19, the USP Canaan institution that I'm being housed at, has been on lockdown and has recently started to allow inmates to come out of the cells for 3 hours a day. Movant respectfully asks for authorization to supplement my 2255 Motion, based on the grounds of my Sixth Amendment violation on "ineffective assistance of Councel".

Respectfully,
T. Gayle
Tyrin Gayle

Dated: January 3, 2021

