The Clerk of Court is respectfully directed to docket this letter in 16-CR-361. The Government is directed to file a Notice of Appearance in 20-CV-10086.

SO ORDERED.

*Cathy Seibel* 2/9/21
CATHY SEIBEL, U.S.D.J.

Case Name: Gayle v. United States of America
Docket No.: 20 CV 10086
District Judge: Cathy Seibel
Magistrate Judge: Andrew E. Krause

Dear Honorable Judge Cathy Seibel,

I Tyrin Gayle, respectfully submits this letter to notify the court that I will not be amending my 2255 Motion. Everything in my original 2255 Motion I will like to keep the same. Please and Thank You.

Dated: January 30, 2021

Respectfully,
Tyrin Gayle
Y. Gayle

FEB 09 2021

Tyrin Gayle 77732-054
USP Canaan
P.O. Box 300
Waymart, P.a 18472

THIS CORRESPONDENCE IS
FROM AN INMATE CURRENTLY
IN THE CUSTODY OF THE
FEDERAL BUREAU OF PRISONS

LEHIGH VALLEY PA 180
4 FEB 2021 PM 4 L

USPS
Kings? Courts
300 Quaropas Street
White Plains, N.Y 10601

10601-414000

FEB 09 2021