Yes - That letter was received. The Government will oppose the petition by 4/15/21 and Petitioner will have until 5/17/21 to reply. The Clerk shall docket this endorsement in the below cases & send a copy to Mr. Gayle.

Case Name: Gayle v. United States of America
Docket No.: 20 CV 10086 / 16-CR-361
District Judge: Cathy Seibel
Magistrate Judge: Andrew E. Krause

So Ordered.
*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 3/17/21

## MEMO ENDORSED

Dear Honorable Judge Cathy Seibel,

I Tyrin Gayle, respectfully submits this letter requesting that the court sends me a letter that verfies the letter I sent to the court January 30, 2021 was recieved. The letter I sent to the court was to notify the court, that I will not be amending my 2255, and that my original 2255 which is Labeled as (Docket No. 1, Filed 11/23/20) is the motion I want to proceed with. Please and Thank You!

Dated: March 7, 2021

Respectfully,
Tyrin Gayle
*T. Gayle*

RECEIVED
MAR 17 2021
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

